UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DARNELL MISSOURI,

        Plaintiff,

v.

GARY VANSICKLE, et al.,

        Defendants.

_____/

Case No.  2:17-CV-25

HON. GORDON J. QUIST

**ORDER ADOPTING**
**REPORT AND RECOMMENDATION**

On March 21, 2018, Magistrate Judge Greeley issued a Report and Recommendation recommending that the Court deny Defendant Leach's motion for summary judgment based on Plaintiff's failure to exhaust administrative remedies.  The Report and Recommendation was duly served on the parties on March 21, 2018.  No objections have been filed pursuant to 28 U.S.C. § 636(b).  Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the March 21, 2018, Report and Recommendation (ECF No. 23) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Leach's Motion for  Summary Judgment Based on Plaintiff's Failure to Exhaust (ECF No. 11) is **DENIED**.


Dated:  April 9, 2018

            /s/ Gordon J. Quist
          GORDON J. QUIST
      UNITED STATES DISTRICT JUDGE