UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———————————

DARNELL MISSOURI #389199,

        Plaintiff,                       Case No.  2:17-CV-25

v.

                                             HON. GORDON J. QUIST

GARY VANSICKLE, et al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 23, 2019, Magistrate Judge Greeley issued a Report and Recommendation recommending that the Court grant Defendants' motion for summary judgment in part as to Plaintiff's RLUIPA claims and Plaintiff's claims for injunctive relief and deny the motion with regard to Plaintiff's First Amendment claim for money damages.  The Report and Recommendation was served on the parties on January 23, 2019.  No objections have been filed pursuant to 28 U.S.C. § 636(b).  Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the January 23, 2019, Report and Recommendation (ECF No. 54) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 45) is **GRANTED IN PART AND DENIED IN PART** as set forth above.  Plaintiff's RLUIPA claims and claims for injunctive relief are **dismissed with prejudice**.  The case will continue on Plaintiff's First Amendment claims for money damages.

Dated:  February 13, 2019                     /s/ Gordon J. Quist
                                          GORDON J. QUIST
                                   UNITED STATES DISTRICT JUDGE